UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DOUGLAS EVANS and DIANA EVANS,      )
                                     )
       Plaintiffs,                  )
                                     )
   v.                                )
                                     )   **JUDGMENT**
I-FLOW CORPORATION,                  )
McKINLEY MEDICAL, L.L.C.,            )
MOOG INC., CURLIN MEDICAL INC.,      )   No. 5:09-CV-477-BR
ABBOTT LABORATORIES, and             )
HOSPIRA, INC.,                       )
                                     )
       Defendants.                  )

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for consideration of defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants Curlin Medical, Inc. and Moog, Inc.'s motion for summary judgment [DE# 72] is GRANTED and plaintiffs' claims are DISMISSED WITH PREJUDICE against Moog, Inc. and Curlin Medical, Inc.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that as all other defendants have been voluntarily dismissed from the case, this action is hereby DISMISSED.

**This judgment filed and entered on March 9, 2012, and served on:**

Christopher L. Schnieders (via CM/ECF Notice of Electronic Filing)
Christopher R. Kiger (via CM/ECF Notice of Electronic Filing)
Guy W. Crabtree (via CM/ECF Notice of Electronic Filing)
Heidi A. Chesley (via CM/ECF Notice of Electronic Filing)
Jeffrey M. Kuntz (via CM/ECF Notice of Electronic Filing)
Kirk G. Warner (via CM/ECF Notice of Electronic Filing)
Leslie Lane Mize (via CM/ECF Notice of Electronic Filing)
Marc K. Erickson (via CM/ECF Notice of Electronic Filing)
Thomas B. Quinn (via CM/ECF Notice of Electronic Filing)
Deborah Denenber (via US Mail at 3 Gannett Drive, West Harrison, NY 10604)
Steven R. Maher (via US Mail at 631 W. Morse Blvd., Suite 200, Winter Park, FL 32789)
Lawrence H. Cooke, III (via US Mail at 1270 Avenue of the Americas, 25th Floor, New York, NY 10020

March 9, 2012                                                                       /s/ Julie A. Richards
                                                                                             Clerk of Court